IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RANJIT SINGH, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 2:14-CV-00894-JRG-RSP |
| 21VIANET GROUP, INC., SHENG CHEN, and SHANG-WEN HSIAO, | § § § § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 36) by Magistrate Judge Payne, which recommends that Defendants' Motion to Dismiss the Amended Class Action Complaint (Dkt. No. 27) be denied. Defendants 21Vianet Group and Eric Chu lodged objections (Dkt. No. 39) to the Report.

Having considered the report and Defendants' objections, the Court concludes Magistrate Judge Payne's Report and Recommendation is correct. **IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. No. 36) is hereby **ADOPTED**. Defendants' Motion to Dismiss (Dkt. No. 27) is **DENIED**.

**So Ordered this**
**Sep 28, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE