IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RANJIT SINGH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>21VIANET GROUP, INC., SHENG CHEN, and SHANG-WEN HSIAO,<br><br>Defendants. | Case No. 2:14-cv-00894-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

In this securities case, the Court now considers the Joint Motion to Stay Proceedings and Notice of Settlement [Dkt. # 47], filed jointly by Defendants 21Vianet Group, Inc. and Eric Chu and Lead Plaintiff Emily Wu. Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties, the Court finds the Joint Motion should be **GRANTED**.

The Court therefore **STAYS** all proceedings in this matter, including all pending deadlines, except that if the parties do not move for preliminary approval of the class action settlement by March 26, 2018, the parties must file a proposed scheduling order by April 2, 2018. The Court **CANCELS** the scheduling conference currently set for February 20, 2018.

**SIGNED this 9th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE